1004

[No. 3771-1. Division One. March 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HOMER ELLEDGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 69044, Horton Smith, J., entered April 29, 1975. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Andersen, JJ.

[No. 3812-1. Division One. March 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. SUSAN FLEMING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 71260, Oluf Johnsen, J. Pro. Tem., entered May 2, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 3191-1. Division One. March 29, 1976.]

ROBERT E. HENDERSON, *Appellant*, v. MARY LOUISE HENDERSON, *Respondent*.

· Appeal from a judgment of the Superior Court for King County, No. D-28891, Frank J. Eberharter, J., entered June 28, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3200-1. Division One. March 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DEAN PELLICCIONE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 6647, Thomas G. McCrea, J., entered July 1, 1974. *Remanded with instructions* by unpublished per curiam opinion.